IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HOLLY M. JOHNSTON, | : | |
| | : | Case No. 2:17-cv-657 |
| Plaintiff, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | Magistrate Judge Vascura |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's June 25, 2018 Report and Recommendation (ECF No. 17), which recommended that the Court reverse the Commissioner of Social Security's non-disability finding and remand this case to the Commissioner and the Administrative Law Judge.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 17 at 12). The parties have failed to file any objections, and the deadline for objections (July 9, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. The Commissioner of Social Security's non-disability finding is **REVERSED** and this case is **REMANDED** to the Commissioner and the Administrative Law Judge under Sentence Four of § 405(g).

**IT IS SO ORDERED.**

                                                    *s/ Algenon L. Marbley*
                                           **ALGENON L. MARBLEY**
                                           **UNITED STATES DISTRICT JUDGE**

**DATED: July 10, 2018**