UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HOLLY M. JOHNSTON,

    **Plaintiff,**

v.                                    Civil Action 2:17-cv-657
                                      Judge Algenon L. Marbley
                                      Magistrate Judge Chelsey M. Vascura

COMMISSIONER OF SOCIAL SECURITY,

    **Defendant.**

## ORDER

The parties' Joint Stipulation for an Award of Attorney's Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, requesting an award to Plaintiff of attorney fees in the amount of $4,900.00, is **GRANTED**. (ECF No. 20.) Accordingly, Plaintiff is **AWARDED** attorneys' fees, expenses, and costs in the amount of **$4,900.00**, payable to Plaintiff. If Plaintiff does not owe a debt to the United States, the Government should honor an assignment of Plaintiff's EAJA fees to his counsel.

    **IT IS SO ORDERED.**

                                                          _s/Algenon L. Marbley_
                                                          ALGENON L. MARBLEY
                                                          UNITED STATES DISTRICT JUDGE

DATED: October 10, 2018